

## ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Joyce E. KWARTLER, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 2009–3117.

United States Court of Appeals, Federal Circuit.

March 25, 2009.

Joyce E. Kwartler, Chester, NY, pro se.

## ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

for failure to prosecute in accordance with the rules.

**Benjamin DELA ROSA, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 2009–3121.

United States Court of Appeals, Federal Circuit.

March 25, 2009.

Benjamin Dela Rosa, Zambales, Philippines, pro se.

## ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(I) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

for failure to prosecute in accordance with the rules.

**Linda K. FERRIS, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 2009–3123.

United States Court of Appeals, Federal Circuit.

March 25, 2009.

Linda K. Ferris, Roanoke, VA, pro se.

### ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Ron E. D'ANDRE, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2009–7025.

United States Court of Appeals, Federal Circuit.

March 25, 2009.

Elizabeth A. Holt, Department of Justice, Michael J. Timinski, Michael G. Daugherty, Department of Veterans Affairs, Washington, DC, for Respondent–Appellee.

Kenneth M. Carpenter, Carpenter, Chartered, Topeka, KS, for Respondent–Appellee.

### *ORDER*

### ON MOTION

Upon consideration of Ron E. D'Andre's motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.